IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| GHJ HOLDINGS, LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 5:10-cv-230-DF |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| MAG INSTRUMENT, INC. | § | |

**DEFENDANT'S OPPOSED MOTION TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT**

Defendant Mag Instrument, Inc. ("Mag") files this Opposed Motion to Extend Time to Respond to Plaintiff's Original Complaint and would respectfully show the Court as follows:

Mag has requested its first extension of time to answer or respond to Plaintiff's Original Complaint, and Plaintiff has denied Mag's request.

Mag is requesting a 30-day extension so that it can meaningfully respond to Plaintiff' Original Complaint.

The requested extension would not prejudice Plaintiff and would promote the interest of justice.

A proposed Order granting this opposed motion is attached for the Court's convenience.

Dated:  February 25, 2011                    Respectfully submitted,

*/s/ Robert C. Weiss*
*(with permission by Jennifer P. Ainsworth)*
Robert C. Weiss
California State Bar No. 39929
LAW OFFICES OF ROBERT C. WEISS
3770 Highland Ave., Suite 203
Manhattan Beach, CA  90266
(310) 545-9854
(310) 545-9853 Fax
robertweiss@rcwlaw.com

Jennifer Parker Ainsworth
State Bar No. 00784720
WILSON, ROBERTSON & CORNELIUS, P.C.
P.O. Box 7339
Tyler, Texas 75711
(903) 509-5000
(903) 509-5092 Fax
jainsworth@wilsonlawfirm.com

ATTORNEYS FOR DEFENDANT
MAG INSTRUMENT, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on this the 25th day of February, 2011.

*/s/ Jennifer P. Ainsworth*_____
Jennifer P. Ainsworth

## CERTIFICATE OF CONFERENCE

     Mag Instrument's counsel requested the extension in writing yesterday, received an e-mailed refusal this morning, and then tried repeatedly, but without success, to reach Plaintiff's counsel by phone and by e-mail.  As of this writing, no response has been received and we are proceeding on the assumption that the motion will not be agreed to.

                                                   */s/ Robert C. Weiss*
                                                   *(with permission by Jennifer P. Ainsworth)*
                                                   Robert C. Weiss